AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 16-cv-00758  DATE FILED: 1/19/2016 | United States District Court<br>Northern District of Illinois<br>219 S Dearborn St., Chicago, IL, 60604 |
| PLAINTIFF<br>Broadcast Music, Inc. | DEFENDANT<br>Corvette U S A Inc. et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | S. Nelson | 1/22/2016 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Devil Went Down To Georgia a/k/a The Devil Went Down To Georgia |
| Line 3 | Writer(s) | Charles E. (Charlie) Daniels; Tom Crain; William Joel (Taz) DiGregorio; Fred Edwards; Charlie Hayward; James W. Marshall |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 1/29/79    8/10/79 |
| Line 6 | Registration No(s). | PAu 84-340  PA 42-829 |
| Line 7 | Date(s) of Infringement | 9/13/2015 |
| Line 8 | Place of Infringement | CC's Grove Inn |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Blame It On Your Lyin' Cheatin' Etc Heart a/k/a Mean Mistreatin' Lovin' Heart' |
| Line 3 | Writer(s) | Kostas Lazarides; Harlan Howard |
| Line 4 | Publisher Plaintiff(s) | Kostas Sauvas Lazarides, an individual d/b/a Seven Angels Music; Harlan Howard Songs, Inc.; Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 12/24/92 |
| Line 6 | Registration No(s). | PAu 1-700-720 |
| Line 7 | Date(s) of Infringement | 9/13/2015 |
| Line 8 | Place of Infringement | CC's Grove Inn |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | What's Your Name |
| Line 3 | Writer(s) | Gary Rossington; Ronnie Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Get Loose Music, Inc. |
| Line 5 | Date(s) of Registration | 12/7/77   7/3/78 |
| Line 6 | Registration No(s). | Eu 853395   PA 13-433 |
| Line 7 | Date(s) of Infringement | 9/13/2015 |
| Line 8 | Place of Infringement | CC's Grove Inn |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Ramblin' Man |
| Line 3 | Writer(s) | Forrest Richard Betts |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music, Inc.; Forrest Richard Betts d/b/a Forrest Richard Betts Music |
| Line 5 | Date(s) of Registration | 9/17/73   4/24/74 |
| Line 6 | Registration No(s). | Eu 433219   Ep 323654 |
| Line 7 | Date(s) of Infringement | 9/13/2015 |
| Line 8 | Place of Infringement | CC's Grove Inn |

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Southbound |
| Line 3 | Writer(s) | Forrest Richard Betts |
| Line 4 | Publisher Plaintiff(s) | Forrest Richard Betts, an individual d/b/a Forrest Richard Betts Music; Unichappell Music, Inc. |
| Line 5 | Date(s) of Registration | 1/5/01   9/17/73 |
| Line 6 | Registration No(s). | RE 841-621   Eu 433217 |
| Line 7 | Date(s) of Infringement | 9/13/2015 |
| Line 8 | Place of Infringement | CC's Grove Inn |