**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| BROADCAST MUSIC, INC.; SONGS OF UNIVERSAL, INC.; SEVEN ANGELS MUSIC; HARLAN HOWARD SONGS, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; GET LOOSE MUSIC, INC.; UNICHAPPELL MUSIC, INC.; FORREST RICHARD BETTS MUSIC, | ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 1:16-cv-00758 |
| v. | ) ) | Hon. Rebecca R. Pallmeyer |
| CORVETTE U S A, INC. d/b/a CC'S GROVE INN; and CHARLES STROH, individually, | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

**ORDER OF JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Summary Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

I.

Plaintiffs' Motion for Summary Judgment against Defendants Corvette U S A Inc. and Charles Stroh is GRANTED, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of five (5) musical compositions owned and/or licensed by Plaintiffs.

II.

Plaintiffs shall recover from Defendants Corvette U S A Inc. and Charles Stroh, jointly and severally, statutory damages in the amount of eight thousand dollars ($8,000) for each of the five (5) musical compositions, for a total of $40,000, pursuant, pursuant to 17 U.S.C. § 504(c)(1).

III.

Plaintiffs shall recover from Defendants Corvette U S A Inc. and Charles Stroh, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $25,000, pursuant to 17 U.S.C. § 505.

IV.

Plaintiffs shall recover from Defendants Corvette U S A Inc. and Charles Stroh, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961.

V.

Defendants Corvette U S A Inc. and Charles Stroh and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI.

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED: March 2, 2017

_____
UNITED STATES DISTRICT JUDGE
REBECCA R. PALLMEYER

2